<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————

**No. 00-1961**

———————

TERESA ANKNEY; RICHARD GORBY,

                                        Plaintiffs - Appellants,

        and

CAMERON GORBY, a minor by his parents and next
friend, Dr. Teresa Ankney and Richard Gorby,

                                        Plaintiff,

        versus

JACK DALE; BOARD OF EDUCATION OF FREDERICK
COUNTY,

                                        Defendants - Appellees,

        and

NANCY S. GRASMICK, officially as State Super-
intendent of Schools, Maryland Department of
Education; MARYLAND STATE DEPARTMENT OF
EDUCATION,

                                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-00-
71-MJG)

———————

Submitted:  November 30, 2000          Decided:  January 5, 2001

———————————

Before WILKINS, LUTTIG, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Teresa Ankney, Richard Gorby, Appellants Pro Se.  Jeffrey Alan Krew, Columbia, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Teresa Ankney and Richard Gorby, parents of Cameron Gorby, appeal the district court's order granting summary judgment to the Defendants in this action brought pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1487 (West 2000), § 504 of the Rehabilitation Act of 1993, 29 U.S.C.A. § 794 (West 1999), and 42 U.S.C.A. § 1983 (West Supp. 2000). The Appellants sought Cameron's placement in a private school at public expense. We have reviewed the record and the district court's memorandum and order and find no reversible error. See Florence County Sch. Dist. Four v. Carter, 510 U.S. 7, 15 (1993); Hall v. Vance County Bd. of Educ., 774 F.2d 629, 635 (4th Cir. 1985). Accordingly, we affirm on the reasoning of the district court. See Gorby v. Grasmick, No. CA-00-71-MJG (D. Md. June 20, 2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED